RECEIVED
MAR 11 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

Wanda Marie Allen

v.

Wake County Sheriff
Gerald M. Baker

NO. 5:22-CV-00093-FL

COMPLAINT

Plaintiff resides at:
3316 Perkins Ridge Rd., Raleigh NC 27616

Defendant(s)' name(s) and address(es), if known:
Wake County Sheriff
Gerald M. Baker, Sheriff
300 S. Salisbury St., Ste. ?
Raleigh NC 27601

1

Jurisdiction in this court is based on:

Jurisdiction in this Court is based on the defendant is a government employee

The acts complained of in this suit concern:

This Sheriff, Gerald M. Baker either assumed or so ordered Thenda Maree Allen murdered while illegally incarcerated in Wake County Detention Center. This illegal detainment was ordered to allow Riza Maree Simpson, FBI Internal Special Agent to be murdered, after brutal inhuman torture thru. 12/13/2021 - 12/17/2021.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

I am seeking the following relief: Sheriff Gerald M. Baker to be served life in prison with no possible consideration for parole and 350,000,000.00 pain and suffering to Wanda Maree Allen

03/10/2022
DATE

Wanda M. All
SIGNATURE OF PLAINTIFF

3316 Peaknockedge Rd
Raleigh, NC 27610

(919) 594-3201
ADDRESS AND PHONE NUMBER OF PLAINTIFF

3